UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AMADO EDUARDO TOMAS GASPAR,
Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 3:26-cv-5925-CAB-JLB

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Amado Eduardo Tomas Gaspar's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner is a Guatemalan national who voluntarily departed the United States in 2008 and returned later that month. In 2011, he was apprehended by Border Patrol, issued a Notice to Appear, and released. [Petition at 6.] An immigration judge administratively closed his case on April 11, 2016. [*Id.*; Doc. No. 5-1 at 5.] He was recently re-detained on October 13, 2026 as part of "Operation Safe California." [Doc. No. 5-1 at 5.]

Respondents admit that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and argue that he is entitled to a bond hearing under *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026). [Doc. No. 5.] They oppose immediate release because an administrative warrant for Petitioner was issued the same day as his arrest. [Doc. No. 5 at 2.]

The Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases of re-detention where there is no evidence of changed circumstances or the need for detention for purposes of removal. Respondents shall immediately release Petitioner Amado Eduardo Tomas Gaspar under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: November 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge